IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

VOIT TECHNOLOGIES, LLC,

     *Plaintiff*,

vs.                      Case No. 3:17-cv-00763-MMH-MCR

JACKSON LIGHTING & ELECTRIC
SUPPLY CO. and DAVID TYSON
LIGHTING, INC.,

     *Defendants*.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE that,** pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), VOIT Technologies, LLC ("VOIT") and Jackson Lighting & Electric Supply Co. ("Jackson") (VOIT and Jackson together, the "Parties" and each a "Party") agree and stipulate to the dismissal of: (1) only Jackson from this litigation <u>with prejudice</u>; and (2) Jackson's counterclaims against VOIT <u>with prejudice</u>. Each Party shall bear its own costs and attorneys' fees. For clarity, VOIT does not dismiss David Tyson Lighting, Inc., or its claims against it, from this litigation.

Dated: October 25, 2017.

Respectfully submitted,

Respectfully submitted,

*/s/ David Tamaroff*

**David F. Tamaroff, Esq.**
Florida Bar No. 92084
Email: dt@lipscombpartners.com
**LIPSCOMB & PARTNERS, PLLC**
25 S.E. 2nd Avenue, 8th Floor
Miami, Florida 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Counsel for VOIT Technologies, LLC*

*/s/ Joel Rothman*

**Joel B. Rothman, Esq.**
Florida Bar No. 98220
Email: joel.rothman@sriplaw.com
**Jerold I. Schneider, Esq.**
Florida Bar No. 26975
Email: jerold.schneider@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
Telephone: (561) 404-4350
Facsimile: (561) 404-4353
*Counsel for Jackson Lighting & Electric Supply Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system and via email.

By:     */s/ David Tamaroff*
          David F. Tamaroff, Esq.